UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:12-cr-25
                                                HON. R. ALLAN EDGAR
Jeffrey A. Lundquist,
_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION


The Court has reviewed the Report and Recommendation filed by the United

States Magistrate Judge in this action.  The Report and Recommendation was duly

served on the parties, and no objections have been filed thereto within the time required

by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and recommendation of the Magistrate filed 11/1/2012 #19, is

approved and adopted as the Opinion and Findings of this Court.

2.  Defendant Jeffrey A. Lundquist's plea of guilty to Misappropriation of Postal

Funds is accepted.  Defendant Jeffrey A. Lundquist is adjudicated guilty.

3.  A decision of whether to accept the written plea agreement will be made at

the time of sentencing after the Court has had the opportunity to review the Pre-

sentence Investigation Report.  See U.S.S.G. Ch. 6.

SO ORDERED.

Dated: 11/21/2012


                              _____
                                    */s/ R. Allan Edgar*
                                    R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE